IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:01cr00385-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRANCE DUCKWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 23, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward Bryan.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on January 5, 2015 [Doc. 88]. No objections were filed. Counsel for the parties confirming in open Court that there were no objections to the Report and Recommendation, the Court adopted same, found that defendant had violated the conditions of supervision via use of a controlled substance and proceeded to entertain a recommendation for sentencing from counsel for the parties and the supervising officer to which the defendant was agreeable.

The Court accepted the parties' sentencing recommendation and ordered that defendant enter and successfully complete a 30-day inpatient drug treatment program. Defendant will have

no work release privileges during this period.  All other conditions of supervision earlier imposed shall remain in effect.

**IT IS SO ORDERED.**


Dated: January 27, 2015                                       *s/    James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE